**CIRCUIT MEDIATION OFFICE**

# UNITED STATES COURT OF APPEALS

**FOR THE TENTH CIRCUIT**

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

May 11, 2026

Virginia L. Woodfork, Esq.
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202

Ariel B. DeFazio, Esq.
Lowrey Parady Lebsack DeFazio, LLC
1490 North Lafayette Street, Suite 304
Denver, CO  80218

Hunter A. Swain, Esq.
Swain Law, LLC
1490 North Lafayette Street, Suite 303
Denver, CO  80218

RE:  No. 26-1142 – Rehab Mohamed v. Society for Human Resource Management

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **July 1, 2026**.

Sincerely,

David W. Aemmer

DWA:dm