No. 26-1142

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

---

REHAB MOHAMED,

Plaintiff-Appellee,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

Defendant-Appellant.

---

On Appeal from the United States District Court for the District of Colorado
District Court Case No. 1:22-cv-01625-GPG-KAS
Judge Gordon P. Gallagher

---

## DEFENDANT-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX

---

Pursuant to Federal Rules of Appellate Procedure 27 and 32(a), and Tenth Circuit Rule 27.6, Defendant-Appellant, Society for Human Resource Management ("Appellant" or "SHRM"), through its undersigned counsel, respectfully requests that this Court grant an extension of thirty (30) days from July 1, 2026 of the current deadline to July 31, 2026 for filing Appellant's Opening Brief and Appendix. As grounds for this Motion, SHRM states as follows:

## I.   STATEMENT OF CONFERRAL

Undersigned counsel conferred with counsel for Plaintiff-Appellee Rehab Mohamed ("Ms. Mohamed"), who does not oppose this motion.

## II.   RELIEF REQUESTED

On May 11, 2026, the Chief Circuit Mediator ordered that the deadline for filing Appellant's brief and appendix was extended to July 1, 2026. Therefore, without the relief requested in this Motion, SHRM must file its Response Brief on or before July 1, 2026. SHRM seeks a thirty (30) day extension, up to and including July 31, 2026, to file its Opening Brief. This is SHRM's first request for an extension.

## III.   REASON FOR EXTENSION

Despite diligent efforts, due to the immense trial record and complexity of the issues  Appellant plans to raise in its Opening Brief, scheduling issues, and the press of other business, counsel for SHRM cannot meet the July 1, 2026, deadline to submit its Opening Brief,  and respectfully requests a thirty (30) day extension, up to and including July 31, 2026.

Tanja Darrow, lead counsel for SHRM, has a long-planned international vacation from June 8 through June 19, 2026, in Japan. Upon her return, she will be preparing for a significant trial set to begin in July. Virginia Woodfork, co-counsel for SHRM, had a long-planned family vacation from May 24 through May 31, 2026,

and is currently managing several pressing deadlines in other matters during June 2026, including drafting four motions to dismiss and a motion to strike. Kelsey VanOverloop, also co-counsel for SHRM, was out of the country on a long-planned honeymoon from May 10 through May 24, 2026, and likewise has multiple pressing deadlines in other cases.

For these reasons, good cause exists to extend SHRM's deadline to submit its Opening Brief. Further, the extension requested will not cause any material impediment to the expedient adjudication of this case.

## IV.    CONCLUSION

For the foregoing reasons, SHRM respectfully requests that this Court grant a thirty (30) day extension, up to and including July 31, 2026, for SHRM to submit its Opening Brief.

Respectfully submitted this 10th day of June 2026.

*s/ Kelsey A. VanOverloop*

Tanja Darrow
tdarrow@littler.com
Virginia Woodfork
vwoodfork@littler.com
Kelsey A. VanOverloop
kvanoverloop@littler.com
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, Colorado  80202
Telephone:  303.629.6200
Facsimile:   303.629.0200

*Attorneys for Defendant-Appellant*

## CERTIFICATE OF DIGITAL SUBMISSION

Undersigned counsel certifies that: 1) all required privacy redactions have been made; 2) the ECF submission is an exact copy of any hard copies that were filed (if any); and 3) the digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Microsoft Defender Antivirus Version 1.453.21.0, last updated June 9, 2026, and according to the program is free of viruses.

Dated: June 10, 2026.

*/s/ Kelsey A. VanOverloop*
Attorney

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2026, I electronically filed the foregoing **DEFENDANT-APPELLANTS'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX** using the court's CM/ECF system, which will send notification of such filing to the following:

Ariel Beryl DeFazio
Lowrey Parady Lebsack LLC
1490 Lafayette Street, Suite 304
Denver, CO 80218
Tel: 303-593-2595
ariel@lowrey-parady.com

Hunter Anthony Swain
Swain Law LLC
1490 North Lafayette Street, Suite 303
Denver, CO 80218
Tel: 720-815-5281
hunter@swainemploymentlaw.com
*Attorneys for Plaintiff-Appellant*

/s/ Kelsey A. VanOverloop
Attorney