FILED
United States Court of Appeals
Tenth Circuit

October 14, 2026

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

REHAB MOHAMED,

Plaintiff - Appellee,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

Defendant - Appellant.

------------------------------

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Amicus Curiae.

No. 26-1142
(D.C. No. 1:22-CV-01625-GPG-KAS)
(D. Colo.)

# ORDER

Before **MATHESON** and **BACHARACH**, Circuit Judges.

This matter is before the court on: (1) the motion of the Colorado Plaintiff Employment Lawyers Association ("PELA") to file an amicus curiae brief in support of plaintiff-appellee Rehab Mohamed [CTA10 Dkt. No. 31]; and (2) defendant-appellant's response in opposition to that motion [CTA10 Dkt. No. 39].

Upon consideration, the court:

A. Provisionally grants PELA leave to file as amicus curiae in support of Ms. Mohamed, subject to reconsideration by the panel of judges that will later be assigned to hear this appeal on the merits; and

B. Directs its Clerk to accept as filed the brief PELA attached to its motion. *See* Fed. R. App. P. 29(a)(2); 10th Cir. R. 27.4(A)(6).

Paper copies of the brief need not be submitted unless ordered by the court at a later date. Appellant's reply brief remains due on November 2, 2026.

Entered for the Court

Per Curiam