No. 26-1142

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

REHAB MOHAMED,

Plaintiff-Appellee

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

Defendant-Appellant

On Appeal from the United States District Court for the District of Colorado
District Court Case No. 1:22-cv-01625-GPG-KAS
Judge Gordon P. Gallagher

**DEFENDANT-APPELLANT'S UNOPPOSED MOTION TO RESET ORAL ARGUMENT**

Pursuant to Federal Rules of Appellate Procedure 27 and 34 and Tenth Circuit Rule 34.1, Defendant-Appellant Society for Human Resource Management ("SHRM") respectfully requests that the oral argument currently set for January 20, 2027, at 9:00 a.m. in Courtroom III of the Byron White United States Courthouse, Denver, Colorado, be reset to March 24, 2027, March 25, 2027, March 26, 2027, May 27, 2027, or May 28, 2027. In support of this unopposed motion, SHRM states as follows:

## STATEMENT OF CONFERRAL

Undersigned counsel conferred with counsel for Plaintiff-Appellee Rehab Mohamed ("Ms. Mohamed"), who confirmed that Ms. Mohamed does not oppose this motion and that Ms. Mohamed's counsel is also available on the dates SHRM suggests.

## DISCUSSION

1. SHRM filed its Opening Brief on August 3, 2026, requesting oral argument.

2. Ms. Mohamed filed her Response Brief on September 28, 2026, also requesting oral argument.

3. SHRM filed its Reply Brief on November 2, 2026.

4. On November 11, 2026, the Court set oral argument for January 20, 2027, at 9:00 a.m. in Courtroom II of the Byron White United States Courthouse, Denver, Colorado.

5. SHRM requests to reset oral argument because both its lead counsel, Tanja Darrow, and its oral argument counsel, Mark Flores,[1] will be attending a long-scheduled firm-wide conference from January 20-24, 2027, in Florida. Ms. Darrow also has a trial scheduled to start on February 1, 2027, in Florida, and

[1] Mr. Flores entered an appearance on behalf of SHRM on November 20, 2026.

has an in-person scheduling conference set for January 21, 2027 in Miami, Florida that she will be leaving the firm-wide conference to attend.

6. Accordingly, there are extraordinary circumstances justifying rescheduling. *See* 10th Cir. R. 34.1(A)(3).

7. Mr. Flores is available to appear for oral argument during the March session on March 24, 2027, March 25, 2027, and March 26, 2027, or during the May session on May 27, 2027, or May 28, 2027.

8. This motion is made more than 20 days before the date oral argument is scheduled and within the 10-day period provided by the Court to respond to its Notice of Oral Argument.

WHEREFORE, SHRM respectfully requests that this Court reset oral argument to March 24, 2027, March 25, 2027, March 26, 2027, May 27, 2027, or May 28, 2027.

Date: November 20, 2026

Respectfully submitted,

*/s/ Kelsey A. VanOverloop*
Tanja Darrow
tdarrow@littler.com
Littler Mendelson, P.C.
633 West Fifth Street, 63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile: 213.443.4299

Virginia L. Woodfork
vwoodfork@littler.com
Kelsey A. VanOverloop
kvanoverloop@littler.com
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, Colorado 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200

*Attorneys for Defendant-Appellant*

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Undersigned counsel certifies that: (1) this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 459 words, total, and (2) this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using version 2308 of Microsoft Office Word in Times New Roman 14-point type.

Dated: November 20, 2026.

*s/ Kelsey A. VanOverloop*
Kelsey A. VanOverloop

## CERTIFICATE OF DIGITAL SUBMISSION

Undersigned counsel certifies that: 1) all required privacy redactions have been made; 2) the ECF submission is an exact copy of any hard copies that were filed (if any); and 3) the digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Microsoft Defender Antivirus Version 1.463.384.0, last updated November 20, 2024, and according to the program are free of viruses.

Dated: November 20, 2026.

*s/ Kelsey A. VanOverloop*
Kelsey A. VanOverloop

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2026, I electronically filed the foregoing **DEFENDANT-APPELANT UNOPPOSED MOTION TO RESET ORAL ARGUMENT** using the court's CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Ariel Beryl DeFazio<br>Lowrey Parady Lebsack LLC<br>1490 Lafayette Street, Suite 304<br>Denver, CO 80218<br>Tel: 303-593-2595<br>ariel@lowrey-parady.com<br>*Attorneys for Plaintiff-Appellant* | Hunter Anthony Swain<br>Swain Law LLC<br>1490 North Lafayette Street, Suite 303<br>Denver, CO 80218<br>Tel: 720-815-5281<br>hunter@swainemploymentlaw.com<br>*Attorneys for Plaintiff-Appellant* |
| Steven Winkelman<br>Equal Employment Opportunity Commission<br>Office of General Counsel<br>131 M. St. N.E., 5th Floor<br>Washington, D.C. 20507<br>Tel.: (202)921-2564<br>Steven.winkelman@eeoc.gov<br>*Attorneys for the EEOC* | Darold W. Killmer<br>Liana G. Orshan<br>Reid R. Allison<br>Killmer Lane, LLP<br>1543 Champa St., Suite 400<br>Denver, CO 80202<br>Tel.: (303) 571-1000<br>dkillmer@killmerlane.com<br>lorshan@killmerlane.com<br>rallison@killmerlane.com<br>*Attorneys for Amicus Curiae Colorado Plaintiff Employment Lawyers Association* |

*s/ Kelsey A. VanOverloop*
Kelsey A. VanOverloop